IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | No. 4:14cv0326 |
| ) | |
| JO ANN CAMP (aka JO ANN DAVIS) ) | |

## CONSENT JUDGMENT

This matter coming on before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the defendant, Jo Ann Camp (aka Jo Ann Davis), having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the United States in the amount of $16,099, making $200 a month payments. Payments should be forwarded to SSA, Debt Management Section, ATTN: Court refund, Post Office Box 2861, Philadephia, PA 19122

2. **The defendant shall complete an annual financial statement and provide the United States with current, accurate evidence of his assets, income and expenditures (including, but not limited to her Federal income tax returns) within fifteen (15) days of the date of a request for such evidence by the United States Attorney. The defendant's monthly installment payments may be modified on the basis of this information.**

3. The Judgment shall be filed with the county clerk of the county of residence

of the defendant and any other jurisdiction where the United States deems appropriate.

4. Notice to defendant shall be deemed due and sufficient notice if sent by first class mail, postage prepaid, to defendant's address as listed below or to any new address provided by the defendant.

CONSENTED TO:

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY


_____          1-31-14
Angela S. Jegley                          Date
ASSISTANT U.S. ATTORNEY


_____          1/22/14
Jo Ann Camp (aka Jo Ann Davis)            Date
DEFENDANT


_____          _____
ATTORNEY FOR DEFENDANT                    Date

APPROVED:

_____          6-3-2014
UNITED STATES DISTRICT JUDGE                    Date